UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,
a Foreign corporation,   Case No.: 2:24-cv-01121-SPC-KCD

        Plaintiff,

vs.

PERFORMANCE CUSTOM CARTS & TIRES LLC,
NORA CHATHA, as Guardian Ad Litem to J.B. a minor,
DEBORAH BROWN, and JUSTIN BROWN,

        Defendants.
_____/

## PLAINTIFF'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

        ☐ The filer has no parent corporation.

        ☒ No publicly held corporation owns 10% or more of the filer's shares.

        Plaintiff, Mesa Underwriters Specialty Insurance Company, is a wholly owned subsidiary of parent

company Selective Insurance Group, Inc., which is traded on the NASDAQ as SIGI.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

Plaintiff, Mesa Underwriters Specialty Insurance Company, is incorporated in New Jersey and maintains its principal place of business in New Jersey. Defendant, Performance Custom Carts 7 Tires, LLC ("PCC") consist of two members: Isaiah Watson and Leah Watson, both of whom are citizens of the State of Florida. Therefore, PCC is a citizen of Florida. Defendant, Deborah Brown is a resident of the State of Pennsylvania and therefore is a citizen of Pennsylvania. Defendant Nora Chathan as Guardian Ad Litem to J.B., a minor, is a resident of the State of Pennsylvania and therefore is a citizen of the State of Pennsylvania. Defendant Justin Brown is a resident of the State of Ohio and therefore is a citizen of the State of Ohio. Because Plaintiff is a citizen of New Jersey, and because none of the defendants are citizens of New Jersey, complete diversity exists pursuant to 28 U.S. § 1332(a).

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

2

b.  Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

⊠   No.

☐   Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.  Is the filer an insurer?

☐   No.

⊠   Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

Plaintiff, Mesa Underwriters Specialty Insurance Company, is incorporated in New Jersey and maintains its principal place of business in New Jersey.

d.  Is the filer a legal representative?

⊠   No.

☐   Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.  Has the filer identified any corporation?

☐   No.

⊠   Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

3

  f.  Has the filer identified any natural person?

    ☐  No.

    ☒  Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☐  No.

  ☒  Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    Performance Custom Carts & Tires LLC (defendant)

    Nora Chatha, as Guardian Ad Litem to J.B., a minor
                    (defendant)

    Justin Brown           (defendant)

    Deborah Brown         (defendant)

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

  ☒  No.

  ☐  Yes, and this is the entity: [].

47221\323218818.v1

5.  Is this a bankruptcy action?

    ☒   No.

    ☐   Yes, and the debtor is [].

    ☐   Yes, and the members of the creditors' committee are [].

6.  Is this a criminal case?

    ☒   No.

    ☐   Yes, and these persons are arguably eligible for restitution: [].

7.  Is there an additional entity likely to actively participate in this action?

    ☒   No.

    ☐   Yes, and this is the entity: [].

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒   Yes.

47221\323218818.v1

**HINSHAW & CULBERTSON, LLP**

By: <u>Stephanie H. Carlton</u>
Gary Khutorsky, Esq.
(FBN 814271)
gkhutorsky@hinshawlaw.com
Stephanie H. Carlton, Esq.
(FBN 123763)
scarlton@hinshawlaw.com
201 East Las Olas Blvd., Suite 1450
Ft. Lauderdale, FL 33301
Tel: 954-467-7900
*Fax:954-467-1024*
*Attorneys for Plaintiff, Mesa Underwriters Specialty Ins. Co.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,
a Foreign corporation,                                    Case No.: 2:24-cv-01121-SPC-KCD

       Plaintiff,
vs.

PERFORMANCE CUSTOM CARTS & TIRES LLC,
NORA CHATHA, as Guardian Ad Litem to J.B. a minor,
DEBORAH BROWN, and JUSTIN BROWN,

       Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Stephanie H. Carlton
                                              Stephanie H. Carlton (FL Bar No. 123763)
                                              scarlton@hinshawlaw.com
                                              201 East Las Olas Blvd., Suite 1450
                                              Ft. Lauderdale, FL 33301
                                              Tel.: (954) 467-7900
                                              Fax: (954) 467-1024
                                              *Attorneys for Plaintiff,*
                                              *Mesa Underwriters Specialty Ins. Co.*